THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David Eugene Dickey,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-312
Submitted February 20, 2003  Filed May 6, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, all of Columbia;  and Solicitor Thomas E. Pope, 
 of York; for Respondent.
 
 
 

PER CURIAM: David Dickey appeals his guilty 
 plea, arguing the trial court violated the mandate of Boykin v. Alabama, 
 395 U.S. 238 (1965), by accepting his plea because it was not knowingly and 
 voluntarily entered.  After a thorough review of the record and counsels brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Dickeys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.